UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :      WAIVER OF INDICTMENT

        -v.-                       :      S6 05 Cr. 1067 (KMK)

MARION JONES,                      :

        Defendant.                 :

- - - - - - - - - - - - - - - - -x

       The above-named defendant, who is accused of violating Title 18, United States Code, Section 1001, being advised of the nature of the charges and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Dated:    New York, New York
           October 5, 2007

_____
Marion Jones
Defendant


_____
Witness

_____
F. Hill Allen, Esq.
Tharrington Smith, LLP
Attorneys for Defendant
Marion Jones