# JOB INVOICE

*passing BLDG*

| TO | First Lending Mortgage Co | DATE ORDERED | 11/16/04 | ORDER TAKEN BY | Chris (George) |
|---|---|---|---|---|---|
| ADDRESS | Hillside Avenue New York | PHONE NO | | CUSTOMER ORDER # | |
| | | JOB LOCATION | 348.0033 Billing | | |
| | | JOB PHONE | | STARTING DATE | 11/10/04 |
| ATTENTION | Winston Shillingford | TERMS | 6 months | | |

| QTY | MATERIAL | UNIT | AMOUNT | DESCRIPTION OF WORK |
|---|---|---|---|---|
| 20 | Credit Services Personal Accounts | | $67,400 | Help to clear credit report to be able to get a mortgage |
| 5 | Business (DBA) Services Credit Reports | | | |

**MISCELLANEOUS CHARGES**

*Included in total price*

*Paid in Full by Check (Company Ck)*

| LABOR | HOURS | RATE | AMOUNT |
|---|---|---|---|
| | | | |

| WORK ORDERED BY | Winston Shillingford | | |
|---|---|---|---|
| DATE ORDERED | 11/16/04 | TOTAL LABOR | $67,400.00 |
| DATE COMPLETED | 3/16/05 | TOTAL MATERIALS | |
| | | TOTAL MISCELLANEOUS | |
| CUSTOMER APPROVAL SIGNATURE | | SUBTOTAL | |
| AUTHORIZED SIGNATURE | | TAX | |
| | | GRAND TOTAL | $67,400.00 |

**JOB INVOICE**

GOVERNMENT EXHIBIT 402 06-Cr. 832 (KTD) (ID)

# JOB INVOICE

| | |
|---|---|
| TO: Christopher Owens (Ceo) | DATE ORDERED: 11/27/04 |
| ADDRESS: Richmond Va 23227 | ORDER TAKEN BY: Monroe |
| ATTENTION: Paid in Full (Company) | PHONE NO: 804-343-0093 |
| | CUSTOMER ORDER #: |
| | JOB LOCATION: 804-343-0093 12/1/04 |
| | JOB PHONE: |
| | STARTING DATE: 11/27/04 |
| | TERMS: 6 months |

| QTY. | MATERIAL | UNIT | AMOUNT |
|---|---|---|---|
| 3 | business Super Market Credit Services w/employees (total # 95 people) | | $15,000.00 |
| 5 | locations R+S Stores Credit Services with managers and employees total # 150 Clients | | $60,000 |
| 15 | Personal Files for Credit Services the owner of above Companies | | $85,000.00 |
| | * Order Total $160,000.00 | | |

**DESCRIPTION OF WORK:** Repair Credit Reports Personal and Business (help to Est New Credit For business + Personal

**MISCELLANEOUS CHARGES:** Dis Counted

**LABOR** | HRS. | RATE | AMOUNT
Flat Rates for Commercial Accounts

| WORK ORDERED BY: Monroe (C. Owens) | |
|---|---|
| DATE ORDERED: 11/27/04 | TOTAL LABOR: 160,000 |
| DATE COMPLETED: 5/27/05 | TOTAL MATERIALS: |
| CUSTOMER APPROVAL SIGNATURE: | TOTAL MISCELLANEOUS: |
| AUTHORIZED SIGNATURE: | SUBTOTAL: |
| | TAX: |
| | GRAND TOTAL: 160,000 |

Adams NC2817
MADE IN USA

**JOB INVOICE**