## Women

| DATE | NAME | ACCESSION # | TYPE | DOSAGE | TEST | EPI | RATIO |
|---|---|---|---|---|---|---|---|
| | ▇▇▇▇▇ | | | | | | |
| 6/1/00 | Pre | 10096 | Nor | | 6.1 | 3.6 | 1.7 |
| 6/5/00 | Post | 10095 | Nor | .5 | 1.6 | 1.1 | 1.5 |
| 9/2/00 | Pre | 100104 | Nor | | 25.6 | 2.7 | 9.5 |
| 9/5/00 | Post | 100103 | Nor | .5 | 7.4 | 2.6 | 2.8 |
| 1/5/01 | Pre | 100125 | Tren | | 3.6 | 1.3 | 2.8 |
| 1/8/01 | Post | 100126 | Tren | .5 | 0 | 0 | 0 |
| | ▇▇▇▇▇ | | | | | | |
| 1/5/01 | Pre | 100131 | Tren | | 0 | | 0 |
| 1/8/01 | Post | 100132 | " | .5 | 0 | | 0 |
| | Marion J. | | | | | | |
| 9/13/00 | | 100109 | Nor | | 3.9 | 1.1 | 3.5 |
| 10/3/00 | Olympics | 100112 | Nor | | 3.0 | 5.0 | .6 |
| 3/26/01 | Pre | 100169 | " IOC | | .5 | 1.6 | .3 |
| 4/4/01 | Post 4 Days | 100170 | " IOC | | 2.4 | 3.2 | .8 |
| 4/11/01 | Post 1 more pass | 100174 | " IOC | | 9.9 | 29.0 | .3 |
| 10/3/00 | Yost | 100115 | Nor | .5 | 5.0 | 0 | — |
| | ▇▇▇▇▇ | | | | | | |
| 9/5/00 | Post | 100105 | Nor | .5 | 4 | 1 | 4.0 |
| 10/3/00 | Post | 100113 | Nor | .5 | 1.0 | .5 | 2.0 |
| 1/24/01 | 5 days on 30 days | 100136 | Nor | .5 | 2.8 | 2.8 | 1.0 |
| 4/23/01 | Pre. | 100180 | | | 1.5 | 2.2 | .7 |
| 5/7/01 | Pre | 100194 | | | 4.7 | 15.5 | .3 |
| | ▇▇▇▇▇ | | | | | | |
| 9/8/00 | Pre | 100106 | Nor | .5 | 2.9 | 12.4 | 0.2 |
| 9/11/00 | Post | 100107 | | | 0 | 0 | |
| 9/29/00 | Pre | 100111 | | | 0 | 0 | |
| | ▇▇▇▇▇ | | | | | | |
| | | 10098 | | | 1.0 | 2.7 | .4 |

|   | Date | Notes | ID | Drug | Dose | Test | EPI | Ratio |
|---|---|---|---|---|---|---|---|---|
| 1 | ███████ | | | | | | | |
| 2 | 2/1/01 | 4 Days on | 100140 | Tren | .25 | 3.7 | 2.6 | 1.4 |
| 3 | 3/5/01 | 1 Day on | 100159 | Tren | .2 | 2.4 | 0 | 0 |
| 4 | 3/8/01 | Pre | 100165 | | | 8.6 | 1.9 | 4.5 |
| 5 | 4/9/01 | Post 4 days off | 100172 | IOC | .2 | 16.3 | 6.9 | 2.4 |
| 6 | 4/16/01 | 4 Days on | 100175 | IOC | .2 | 5.9 | 1.4 | 4.0 |
| 11 | ███████ | | | | | | | |
| 12 | 2/1/01 | 6 days off on on | 100146 | Tren | .25 | 100.7 | 19.6 | 5.1 |
| 13 | 2/16/01 | 4 Days on 1 Day off | 100157 | | | 11.8 | 3.9 | 3.0 |
| 14 | 3/19/01 | Pre | 100166 | | | 8.5 | 3.3 | 2.5 |
| 15 | 3/24/01 | Post | 100167 | IOC | .2 | 4.4 | 1.1 | 4.0 |
| 16 | 4/5/01 | | 100171 | | | 5.3 | 1.4 | 3.8 |
| 17 | 4/11/01 | 6 Days off | 100173 | IOC | .3 | 3.1 | 0.0 | 0.0 |
| 18 | 4/25/01 | 2 Days on | 100185 | IOC | .2 | 0.0 | 0.0 | 0.0 |
| 19 | 5/8/01 | | 100195 | | | 23.1 | 5.4 | 4.3 |
| 20 | 5/8/01 | 4 Doses | 100201 | IOC | | 0.0 | 0.0 | 0.0 |
| 21 | 5/30/01 | 3 Doses | 100204 | IOC | .25 | 23.8 | 5.6 | 4.3 |
| 22 | 6/11/01 | | 100306 | | | 18.9 | 13.4 | 1.4 |
| 23 | 8/1/01 | 18 Days off | 100333 | | | 16.7 | 13.3 | 1.3 |
| 26 | Marion J | | | | | | | |
| 27 | 9/13/0 | | 100104 | Nor | .5 | 3.9 | 1.1 | 3.5 |
| 28 | 10/3/00 | Olympics | 100112 | Nor | .5 | 3.0 | 5.0 | .6 |
| 29 | 3/20/01 | Pre | 100169 | IOC | .1 | .5 | 1.6 | .3 |
| 30 | 4/4/01 | Post 4 Doses | 100170 | IOC | .1 | 2.4 | 3.2 | .8 |
| 31 | 4/11/01 | 4 more | 100174 | IOC | .1 | 9.9 | 29.0 | .3 |
| 32 | 5/1/01 | | 100191 | | .1 | 11.5 | 23.2 | .5 |
| 33 | 5/7/01 | 4 Days on | 100192 | | .15 | 2.8 | 3.3 | .8 |
| 34 | 6/1/01 | | 100206 | | 0 | 0 | 0 | 0 |
| 35 | 6/3/01 | | 100207 | | | 4.1 | 9.4 | .4 |
| 36 | 6/21/01 | | 100360 | | | 5.8 | 3.9 | 1.5 |