# March 2001

M.J.

FEBRUARY 2001
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 |   |   |   |

APRIL 2001
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 |   |   |   |   |   |

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 Ⓔ START E | 24 |
| 25 | 26 E | 27 | 28 E | 29 Ⓔ START CLEAN | 30 E E | 31 |

# April 2001

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 1 | 2<br>C<br>E | 3<br>C | 4<br>E | 5<br>C | 6<br>C<br>E | 7 |
| 8 *Some G before Mon CT.* | 9<br>C<br>E<br>⑥ START | 10<br>C | 11 | 12 | 13 | 14 |
| 15 *Back to Trevor Vicodin Prescript* | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 MT. SAC | 23 | 24 M.S. | 25 | 26 | 27 | 28 |
| 29 | 30 | | | | | |

MARCH 2001

MAY 2001

# May 2001

M.J.

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
|  |  | 1 C G | 2 E G / NEE & G | 3 C G | 4 C G | 5 |
| 6 | 7 C G | 8 C G | 9 E | 10 C G | 11 C G | (12) PRINCETON MEET |
| 13 | 14 C C G | 15 C G | 16 E | 17 C G | 18 C G | 19 |
| 20 | 21 C G | 22 | (23) E G | 24 G | 25 G | 26 |
| (27) EUGENE MEET | 28 | 29 | 30 E G | 31 |  |  |

# June 2001

M.J. – PROTEIN & MORE PROTEIN

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | | | | | **1** | **2** C-15 UNITS |
| **3** C-15 G-DIAL UP TO 8 | **4** I-3 UNITS ¾ PACKET G-8 | **5** I-¾ PACKET G-8 | **6** E I-3 G-15 | **7** I-3 G-15 DIAL UP TO (crossed out) | **8** | **9** PALO ALTO I-3 C-AFTER MEET G-8 |
| **10** G-DIAL UP TO 8 | **11** I-3 G-8 | **12** I-3 C G-8 | **13** E C G-8 | **14** I-3 G-8 | **15** | **16** I-3 G-8 |
| **17** C G-8 | **18** G-15 | **19** C G-8 | **20** E I-3 G-15 | **21** C G-8 | **22** G-15 | **23** TRIALS |
| **24** TRIALS I-3 C G-8 AFTER MEET | **25** | **26** | **27** E | **28** | **29** | **30** |

# July 2001

M.J.

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 G→25 UNITS | 4 LAUSANNE | 5 | 6 PARIS 15=C 25=G | 7 |
| 8 | 9 NICE G | 10 G E | 11 G E | 12 | 13 OSLO C G | 14 |
| 15 | 16 G | 17 STOCKHOLM G C G | 18 G E C | 19 | 20 ~ 16 DAYS G.X | 21 |
| 22 LONDON C G C | 23 HOME | 24 C G | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | 1 AUG LEAVE FOR WORLDS | 2 | 3 WORLDS | 4 |
| 5 100-M | 6 100-M | 7 | 8 | 9 | 10 | 11 |