# EXHIBIT A

December 12, 2007

Dear Honorable Judge Karas,

My name is Obadele Thompson. I am writing to you on behalf of my wonderful wife, Marion Jones-Thompson, in hope that you will give my testimonial careful consideration in determining her sentence. Before I continue, I must state that this is not an easy letter for me to write for various reasons. No one ever hopes to write a letter like this under such grave circumstances. However, this is the reality that we face as a family with two young children.

At the end of 2005, after years of casual contact on the professional track circuit and a brief period of having the same coach, Marion and I began to develop a closer relationship. There were a few things about her that impressed me greatly. The first was her genuinely humble and easygoing manner in spite of her international renown as an athlete. She was as 'cool' dressing up to eat at a prestigious restaurant as she was going to Burger King to eat a Whooper. Her easygoing nature was why people on the street would come up to her and seek autographs or take pictures with their phone cameras, or just ask if their kids could shake her hand. In spite of what has transpired since she first stood before you, her humility and approachability have remained intact.

The second aspect on which I need to comment is that she is a great mother and wife. I saw how she would wake up early in the morning to make breakfast and lunch for ████ her first son (now my stepson), prepare him for school, drive forty-five minutes to his daycare center, go to athletics training, and go home for a quick bite and nap before driving back another forty-five minutes to pick him up. She would then find creative and loving things to do for them to do after school. She has translated the same motherly love and concern to ████, our son. As her pregnancy progressed, it was an indescribable joy to share it with her. We would watch shows about pregnancy, the birth process, and bringing home babies; you name it – we watched or read about it. I should also mention here that she has been a very loving and considerate wife over the ten months of our marriage. I am very proud to have her as my wife and look forward to a long and happy life together with her.

She has taken on the roles of motherhood and wife with a seriousness and passion that few outside of our inner circle get to witness. At times I wish that the world could see her in action, especially when some sportswriters pen columns that completely strip her of her humanity. Yet, more than proving anything to them or to the world, her primary focus has been on nurturing two young boys who doubtless need their mother every day.

Your Honor, I appreciate the fact that you have a responsibility to uphold the law and ensure that justice reigns in our society. I know that the eyes of the world are upon you and that regardless of your final determination there will be comments and perhaps criticisms one way or another. However, I appeal to you to give your most merciful response to this letter and those of others

your final determination there will be comments and perhaps criticisms one way or another. However, I appeal to you to give your most merciful response to this letter and those of others who have been close to Marion. What she has endured over the last few years, and especially the last three months, is surely punishment enough. She has started to rebuild her life, one broken piece at a time. Please allow her to continue this important work, together with her family and the good people whom she has around to support her. I believe that the best of Marion Jones-Thompson is yet to come. Please give her a chance to show this to the world.

Yours Respectfully,

Obadele O. Thompson

December 8, 2007

The Honorable Kenneth M. Karas
c/o Henry J. DePippo
437 Madison Avenue
New York, NY 10022

Dear Judge Karas:

I live and work in New York City as a senior producer at Comedy Central, where I run the website for The Colbert Report. As I watched Marion Jones raise her right hand in your courtroom on October 5th I had to smile in recognizing the long, thin fingers of my former point guard from the University of North Carolina at Chapel Hill. I met Marion, who was then a senior and a captain, in 1996 when I joined the team. Although I eventually transferred and graduated from Harvard University in 2001, my close friendship with Marion has continued throughout the years and it is my privilege to write to you on her behalf. I value Marion as one of the most extraordinary individuals I've ever met. She is a caring, loyal friend who has stood by me during difficult times and despite her crimes, I know she is committed to a life of integrity dedicated to her two young sons, ████████████.

Marion was the lodestar, the one true leader of our basketball team. In tense moments on the court it was Marion we looked to, not the coaching staff, for the direction and calm. She earned this respect as the starting freshman point guard in 1994 when she led the team to a national championship. She set the bar daily with her relentless discipline in even the most mundane of practice drills and through the universally respectful way in which she treated her teammates, opponents, and fans. Recognizing my relative physical weakness (and general cluelessness) as the sole freshman, Marion took me under her wing as her weight lifting partner. Three evenings a week she patiently spotted me on machines and taught me the tricks of doing squats and "power clings" correctly. While it would have been easy to cut corners, Marion insisted we do every exercise, down to the last sit-up, as if our lives depended on it. No one outworked Marion. And it was through this example, beyond her incredible athleticism, that inspired us to play up to her level. One night, in the closing minutes of a big game on national television, my coach called a time out to yell at me for missing a shot. "We don't need that from you!" he scowled violently with his finger in my face. It was rare for me to be in the game and even more rare for me to have taken a shot at such a critical moment. I was horrified and wished the hardwood would swallow me whole. Marion spoke up loudly across the huddle, immediately neutralizing his attack. "It was a good move though!" she countered.

In June of 1999, Marion was lighting up the European track circuit and was two months away from winning gold at the World Championships in Sevilla, Spain, when my father suddenly died. My father had loved Marion and was grateful for the way in which she had looked out for me while I was at UNC. She finished her race in Berlin and jumped on the first red-eye flight to Syracuse, New York to be with my family and me. Her

coach and husband were nervous wrecks; she was in the middle of one of the most important summers of her career. They were especially concerned because she had tweaked her knee in the race and they wanted to convince her to see a doctor. Marion wouldn't hear any of it. She was determined to sit on my couch with a Glad plastic bag of ice on her knee and make sure that I was okay.

Once again the following year, Marion showed up for me. I had torn the anterior cruciate ligament in my knee and had to go in for notoriously painful surgery. By this time Marion was a huge international superstar, "The Fastest Woman in the World" and was about to win five medals at the Sydney Olympics. But, never the diva, Marion was content to sit in the dimly lit hospital hallway for about four hours on an upside down plastic bucket, waiting for me to wake up.

Marion Jones is a remarkable and good person. She defined excellence for me during my tenure at UNC and has proven herself to be a loving and fiercely loyal friend. I hope I have helped you know her better and I pray that you will show mercy with her sentencing on January 11th.

Sincerely,

Melissa Johnson

From the Desk of Henry McKoy

**To:**   The Honorable Kenneth M. Karas

**From:** Henry C. McKoy, Jr.
          Chairman and CEO
          Fourth-Sector Bancorp
          ▬▬▬▬▬▬▬▬▬▬
          Durham, North Carolina ▬▬
          ▬▬▬▬▬▬▬▬
          ▬▬▬▬▬▬▬

**Date:** Monday, December 3, 2007

**Re:**   Marion Jones-Thompson Letter of Reference

**Message:**

Dear Honorable Judge Karas:

My name is Henry McKoy. I am Chairman and CEO of Fourth-Sector Bancorp located in Durham, North Carolina. I am writing this letter on behalf of Marion Jones-Thompson with hope that you might use it as you begin your sentencing determination regarding her case.

I have had the incredible pleasure and fortune of knowing Marion for more than 15 years. Marion and I first met at the University of North Carolina at Chapel Hill in October 1992. At that time, I was an upper classman track and field athlete at the University, and our program was among the many hundreds who were recruiting her. Even within those early days of first meeting Marion, it was obvious that she was quite special and unique; not only as a talent, but as a person. So my first and earliest impressions of Marion were that of her humility and the presence by which she carried herself. That humility was significant, because by then she had already become "Marion Jones," an internationally acclaimed and loved phenomenon known as much for her grace off the track as on it. Yet, she never demonstrated anything but genuine kindness, respect and modesty towards all those that she encountered during her visit, many of whom stood in awe of her, even though she was just barely 17 at the time.

Following her brief visit to campus in 1992, I had the great fortune of getting to know Marion on a much more personal level during the following months, and subsequent years. I do identify this as my "great fortune" because as Marion continued to grow in prominence, going all the way back to her teenage years, there were many people who claimed to know her well; however, I truly did. And not only did I get to know her well, but Marion became one of the best and closest friends that I have ever had. She was someone who, even at such a young age, and with such demands on her time, was always there to offer words of encouragement, listen to problems, offer words of advice, and just to be a wonderful friend and confidant. To then have my friend become my teammate at the University of North Carolina was extra special.

Now 15 years later, I am even prouder and more honored to call Marion a friend of mine. During that time I have watched that young teenager that I met so long ago become a woman,

From the Desk of Henry McKoy

Even as she traveled the world, competing, I know first hand that she committed herself to mentoring and coaching children in our community here in North Carolina. She spent her Saturday mornings coaching youth basketball and much of the rest of her week speaking to kids about setting goals and being the best they can be.

I have also watched her become a wonderful mother of two beautiful children who think the world of her. She has become a "mother extraordinaire" and I oft times stand in awe of her in that regard. She cooks wonderful meals for the boys daily, dresses them up for Halloween, takes them to parks and carnivals, spends quality time, and is never far away with her camera. Most importantly, it is obvious as you see her and the children, just how much ███ and █ love and depend on her. Her devotion to them is undeniable, unwavering, and so gratifying to see.

Accordingly Judge Karas, I present these impressions to you as stark contrast to what we now oft read and hear about "Marion Jones" in the broader media. I would not dare to make light of the charges for which Marion have pleaded. As a former athlete who loves the sport of track and field, and as a career banker, I know the seriousness of her infractions. However, I also write this letter as an opportunity to express to you the characteristics of the true Marion, the private Marion, and the Marion that I have gotten to know so well; not simply the public persona. She is caring, loving, humble and despite it all, filled with integrity. I am hopeful that this can have some positive impact on the sentence that you ultimately decide for her. Having no prior criminality, having contributed so much to kids and communities over her life and career, and the fact that she now has her greatest opportunity to use her story to the benefit of others – especially youth, I can only hope for leniency. Her punishment has already come swiftly and publicly in the form of her reputational damage, career legacy, and personal judgments. The months that are in front of Marion could be put to such good use through service to the community and through her continuing to be a devoted and committed mother to little █ and baby ███ who depend on her so much.

I would like to sincerely thank you Judge Karas for your time and consideration in this matter. Marion Jones-Thompson is a wonderful woman and I hope this will impact your judgment of her in a positive way.

Sincerely yours,

Henry C. McKoy, Jr.
Fourth-Sector Bancorp
Chairman and CEO


Austin, TX ███████
December 4, 2007

Dear The Honorable Kenneth M. Karas:

I am writing on behalf of Marion Jones Thompson. We became acquainted in summer 2004, during preparations for the Olympics Games in Athens, in which Marion competed in the long jump and 400-meter relay and I was the Head Coach of the USA Women's Olympic Track & Field team. Marion was under enormous pressure at this time, and faced tremendous scrutiny; nevertheless, she always acted in a dignified, professional manner and was a totally reliable, pleasant teammate. She was on time to all functions, participated in activities, and even mentored some of the younger athletes. After the American relay team dropped the baton in the Olympics final, Marion helped unite her disappointed teammates as they faced questions from the world press. In Athens I also discovered another, lesser-known side of Marion: a loving mother totally devoted to her children. Pictures of her young son, ████ -- all twinkling eyes and radiant smile -- decorated her training bag.

After the Olympics, I had little contact with Marion until the summer of 2006, when we began communicating regularly via email. At the Outdoor Nationals, we got together for breakfast so I could meet her son. I was impressed by how delightful and well behaved little ████ was. Although Marion had established a good support system to take care of him when she traveled, she didn't like leaving ████ for extended periods of time; she missed him and wanted to share daily activities.

In the past year and a half I have gotten to know Marion well, as a caring friend and a devout Christian. My father passed away in early January 2007, and her condolences and emails were very touching and much appreciated. Her messages to me are filled with expressions of faith and the strength she receives from God in this challenging time. Since Marion and her new husband, Oba, moved from North Carolina to Austin, my hometown, I've enjoyed spending more time with her and meeting some of their friends and neighbors. ████ seems very happy in his new Texas home. He likes attending preschool, and his teacher is complimentary about his progress.

This past summer Marion and Oba welcomed a new baby, ████, into their family. Marion is very loving to ████; she plays with him and is very tender when he's upset and needs a comforting touch. She makes sure he's in the room with everyone and includes him in outings to the park. ████ enjoys being a big brother and helps takes care of the baby.

Judge Karas, I realize and accept that Marion hasn't been truthful in the past. However, I contend that these events took place over six years ago. I feel Marion has admitted her errors, and asks us to see her as she is today.

The Marion Jones Thompson I know is a wife and mother with two children under the age of five. They need to be with their mother at this critical time in their lives. Marion is thoughtful and caring, both in words and action, to her husband and children, her family and friends. She offers people her help and baby-sits for neighbors. She goes to church weekly and has passed down her faith to her son ███ who says grace at meals and prayers before bed. She models good language and words, and inspires a love of learning in her children by asking them questions about the world they observe around them.

Marion Jones Thompson is willing and able to share her mistakes with others, and to allow them to learn from the choices she made. I believe she is uniquely suited to serve society as a role model capable of inspiring countless young people.

Thank you for your kind consideration, Judge Karas. Please feel free to contact me if you have any questions.

Sincerely yours,

Sue Humphrey
Head Coach, USA Women's 2004 Olympic Track & Field team