# EXHIBIT B



## IAAF Press Release on Marion Jones

Friday 23 November 2007

At its meeting held in Monaco on 23 November 2007, the IAAF Council reviewed the case of Marion Jones in light of her admission that she was using the prohibited substance known as 'the clear' beginning on 1 September 2000 and confirmed the following consequences of her admission of doping and acceptance of sanction:

1. A 2-year period of ineligibility beginning on the date of her acceptance of sanction on 8 October 2007 i.e., until 7 October 2009;

2. Disqualification of Marion Jones from all competitions on or subsequent to 1 September 2000.

3. Annulment of all her individual competitive results on or subsequent to 1 September 2000;

4. Annulment of the results of all relay teams in which she competed in IAAF competitions on or subsequent to 1 September 2000;

5. Forfeiture and return of all awards and medals obtained in relation to the above competitions;

6. Forfeiture and return of money awarded to her in relation to the above competitions.

The IAAF Council further recommends to the IOC Executive Board to disqualify Ms Jones and the USA women's 4x100m and 4x400m relay teams from the Sydney Olympic Games in 2000 and to insist on the return of all medals and diplomas.

### COMMUNIQUE DE PRESSE DE L'IAAF SUR LE CAS MARION JONES

A l'occasion de sa réunion du 23 novembre 2007 qui s'est tenue à Monaco, le Conseil de l'IAAF a examiné le cas de Marion Jones. Considérant que Marion Jones a reconnu avoir utilisé la substance interdite « the clear » à partir du 1er septembre 2000 et accepté la sanction déterminée, le Conseil de l'IAAF a précisé les conséquences suivantes en découlant:

1. Une suspension de 2 ans prenant effet à la date de l'acceptation de la sanction le 8 octobre 2007, jusqu'au 7 octobre 2009;

2. Disqualification de Marion Jones de toutes compétitions à partir du 1er septembre 2000;

3. Annulation de tous résultats individuels obtenus à partir du 1er septembre 2000 ;

4. Annulation des résultats obtenus par les équipes de relais des Etats-Unis avec lesquelles Marion Jones a concouru lors de compétitions IAAF à partir du 1er septembre 2000;

5. Confiscation et restitution de toutes les récompenses et médailles obtenues aux compétitions décrites ci-dessus;

6. Confiscation et restitution de tous les gains perçus par Marion Jones aux compétitions décrites ci-dessus.

Par ailleurs, Le Conseil de l'IAAF recommande à la Commission Exécutive du C.I.O, de disqualifier Marion Jones et les relais féminins 4x100m et 4x400m des Etats-Unis des Jeux Olympiques de Sydney en 2000 et d'ordonner la restitution au C.I.O des médailles et diplômes.



Print

## HIGHLIGHTS OF LAST IOC EXECUTIVE BOARD MEETING OF THE YEAR
### 12 December 2007

The Executive Board (EB) of the International Olympic Committee (IOC) today concluded its proceedings with a series of important decisions.

The EB disqualified Marion Jones from the five events in which she competed at the 2000 Olympic Games in Sydney (100m - 1st place, 200m - 1st place, 4 x 400m relay -1st place, 4 x 100m relay – 3rd place, and Long Jump - 3rd place), and from the event in which she took part in the 2004 Athens Olympic Games (Long Jump - 5th place). Jones has already returned her medals, which are now in the possession of the IOC.

The EB also decided that Marion Jones is ineligible for the 2008 Beijing Olympic Games, not only as an athlete but also in any other capacity. Pending the outcome of the BALCO investigation, the IOC also reserves its right to consider possible further sanctions against her, including banning her from taking part in any capacity in future editions of the Olympic Games.

As soon as the BALCO story came to light, the IOC was keen to understand fully the degree to which the affair might have affected Olympic Games' competitions and set up a Disciplinary Commission with this aim in mind. Despite concerted efforts, sufficient information has not been forthcoming to date and therefore, with a full picture still not clear, the EB decided today not to adjust the rankings that might be impacted by Jones's disqualification: The IOC Disciplinary Commission will keep the BALCO file open and await greater access to documentation related to the case from which to make subsequent recommendations to the EB.

The full decision is available below.

On the agenda this week was the topical matter of betting in sport. In a proactive approach, the IOC has initiated a series of discussions with other sporting organisations to find out what they are doing in this area. Lord Condon, the Chairman of the Anti-corruption and Security Unit at the International Cricket Council, was invited to address the EB this morning. In his presentation, Condon said he believed that the Olympic Games are not a particularly high risk event as regards illicit betting activities, but encouraged the IOC to pursue the proactive measures it has already undertaken, which include barring all participants in the Olympic Games from betting and promoting betting.

Following Lord Condon's presentation, the EB decided to continue to share rules and experiences with sports federations, especially in the area of event monitoring, and to organise a seminar involving the stakeholders of the Olympic Movement in order for participants to learn from the sports that have had to deal with this challenge.

### Among the other key decisions taken by the EB this week are:

- the drawing of lots that determines the order in which the cities bidding for the 2016 Olympic Games will be listed, make presentations, etc. until the election of the Host City in October 2009. The order will be: Chicago (USA), Prague (Czech Republic), Tokyo (Japan), Rio de Janeiro (Brazil), Baku (Azerbaijan), Doha (Qatar) and Madrid (Spain);

- approval of the major deadlines for the 2018 Olympic Winter Games bid process – click here for more information;

- approval of the timeframe for the bid process for the 2012 Winter Youth Olympic Games;

- the extension of the Olympic Solidarity programmes to the Winter Games starting with Vancouver 2010. A US$ 9 million funding package will be available to assist winter sports athletes in their preparation for the Games;

- approval of the list of the 31 athletes who will run for election to the IOC Athletes' Commission in Beijing;

- the release to the International Boxing Association (AIBA) of the totality of the money initially frozen by the IOC, in recognition the reforms adopted by the Federation to improve its judging system;

- the provisional recognition – for two years - of the International Cricket Council (ICC) and the International Federation of Sport Climbing (IFSC).

IOC Disciplinary Commission recommendations regarding Ms Marion Jones

IOC Executive Board decision regarding Ms Marion Jones

© IOC 2007. All rights reserved.



Ref. No FCD/HMS/sls
By e-mail and regular mail

Ms Marion JONES
C/o United States Olympic Committee
19600 Fairchild Road
Suite 270
Irvine
CA 92612
USA

Lausanne, 12 December 2007

**Ms Marion Jones**

Dear Ms Jones,

Please find attached a copy of the Decision taken today by the IOC Executive Board, including a copy of the Recommendations of the IOC Disciplinary Commission.

I hereby draw your attention to the fact that the IOC has reserved its rights to consider possible further sanctions against you for all future Olympic Games pending the final outcome of the Balco investigation. In such a case, you will be contacted again by the IOC and in that context, should you wish to communicate any facts or information to the IOC, please contact the IOC Director of Legal Affairs, Mr Howard Stupp (tel: + 41 21 621 6310, fax: + 41 21 621 6360 or howard.stupp@olympic.org).

Yours sincerely,

François CARRARD
Secretary of the IOC Disciplinary Commission

Received

DEC 14

Int'l Relations

Encl. Documentation

cc : Mr James Scherr, Secretary General, USOC
    Mr Lamine Diack, President, IAAF
    Mr Craig Masback, CEO, USA Track & Field

INTERNATIONAL OLYMPIC COMMITTEE

IOC EXECUTIVE BOARD

DECISION

REGARDING MS MARION JONES
BORN ON 12 OCTOBER 1975, ATHLETE, UNITED STATES OF AMERICA

UPON CONSIDERING the attached Recommendations of the IOC Disciplinary Commission dated 12 December 2007, and pursuant to the Olympic Charter and the relevant anti-doping rules,

THE IOC EXECUTIVE BOARD OF THE
INTERNATIONAL OLYMPIC COMMITTEE
DECIDES

I   The athlete Ms Jones is disqualified from the following events in which she competed at the 2000 Sydney Olympic Games in the sport of athletics:

- 100m, where she placed 1st;
- 200m, where she placed 1st;
- 4 x 400m relay, where the team she was on placed 1st;
- 4 x 100m relay, where the team she was on placed 3rd; and
- Long jump, where she placed 3rd.

II  The United States Olympic Committee ("USOC") is requested to return to the IOC the diplomas awarded to Ms Jones in the above-noted events (it being acknowledged that the USOC has already returned to the IOC the medals won by Ms Jones in such events).

III Ms Jones is disqualified from the following event in which she competed at the 2004 Athens Olympic Games in the sport of athletics:

- Long jump, where she placed 5th

IV  The USOC is requested to return to the IOC the diploma awarded to Ms Jones in the above-noted event.

V   The International Association of Athletics Federations ("IAAF") is requested to take the appropriate steps so that its records reflect the above.

VI  Ms Jones is ineligible for the 2008 Beijing Olympic Games in any capacity.

VII Ms Jones be notified that the IOC reserves its rights to consider possible further sanctions against her, in particular permanent ineligibility for all future Olympic Games in any capacity, pending the outcome of the Balco investigation.

VIII The issue of adjusting the rankings of the athletes that finished behind Ms Jones in the individual events referred to above be addressed by the IOC Executive Board

in due course, pending the IOC receiving full access to the documentation concerning the Balco case.

IX   This Decision shall enter into force immediately.

Lausanne, 12 December 2007

On behalf of the IOC Executive Board

Jacques ROGGE
President

Urs LACOTTE
Director General