# EXHIBIT C

Case 7:05-cr-01067-KMK   Document 279-4   Filed 12/31/2007   Page 1 of 7



**USADA**
U.S. Anti-Doping Agency
Integrity. Health. Sport.

October 8, 2007

Dr. Gabriel Dollé                    Jim Scherr
IAAF                                 USOC Chief Executive Officer
17 rue Princesse Florestine          One Olympic Plaza
BP 359                               Colorado Springs, CO  80903
MC 98007 Monaco Cedex                **VIA FAX: 719-866-4141**
**VIA FAX: 377 93 15 95 15**

                                     Rana Dershowitz
Craig Masback                        Gary Johansen
Chief Executive Officer              USOC
USA Track & Field                    One Olympic Plaza
One RCA Dome, Suite 140              Colorado Springs, CO  80903
Indianapolis, IN  46225              **VIA FAX: 719-866-4839**
**Via Email**

Mr. Rune Andersen
WADA
Stock Exchange Tower, 800 Victoria
Montreal (Quebec) H4Z 1B7
CANADA
**VIA FAX: (514)904-4545**

Re:    USADA v. Marion Jones

Gentlemen:

This letter is to inform you that Marion Jones, an athlete in the sport of athletics, has accepted the sanction sought by the United States Anti-Doping Agency ("USADA") for the use of a prohibited substance beginning on September 1, 2000. I have attached a copy of Ms. Jones' signed Acceptance of Sanction.

As required in every case under the USADA Protocol, the violation and the resulting sanction has been publicly announced. I have attached a copy of the press release issued by USADA.

If you have any questions or concerns, please contact me directly.

Sincerely,

William Bock, III
General Counsel

cc:    F. Hill Allen, Esq.

Board of Directors

Ralph W. Hale, MD
Chair

Richard W. Cohen, MD
Vice Chair

Barry Axelrod
Treasurer

Kate Hendrickson Borg, CHMM
Secretary

Evelyn Ashford

Lawrence Brown, Jr, MD, MPH

Jean Fourcroy, MD, PhD, MPH

Andrew Mecca, Dr PH, MPH

Annette Salmeen, DPhil

United States Anti-Doping Agency
1330 Quail Lake Loop, Suite 260, Colorado Springs, CO  80906 ■ Tel: 719.785.2000 ■ Fax: 719.785.2001
usada@usantidoping.org ■ www.usantidoping.org

# UNITED STATES ANTI-DOPING AGENCY

## ACCEPTANCE OF SANCTION

I, Marion Jones, accept the following sanction as a result of my first doping offense arising from my use of a prohibited substance known as the 'clear' beginning on or about September 1, 2000 to July 2001 (the "Violation"). I acknowledge that I have violated applicable sport anti-doping rules, including the Untied States Anti-Doping Agency ("USADA") Protocol for Olympic Movement Testing ("Protocol"), the United States Olympic Committee Anti-Doping Policies ("USOC Anti-Doping Policies") and the Anti-Doping Rules of the International Association of Athletics Federations ("IAAF") and the anti-doping rules of the International Olympic Committee ("IOC"). I acknowledge that I used the prohibited substance known as the 'clear' prior to, during and after the 2000 Olympic Games as set forth above. As a consequence of this Violation of sport anti-doping rules I accept the following:

- A two (2) year period of ineligibility as described in the applicable anti-doping rules, beginning on the day I accept this sanction; and,
- Disqualification of all competitive results obtained on or subsequent to September 1, 2000, including forfeiture of all medals, results, points, and prizes. I voluntarily have agreed to return all medals won by me at the 2000 Sydney Olympic Games through USADA; and,
- A two (2) year period of ineligibility, beginning on the day I accept this sanction, from participating or coaching in U.S. Olympic, Pan American Games or Paralympic Games Trials, being a member of any U.S. Olympic, Pan American Games or Paralympic Team and having access to the training facilities of the United States Olympic Committee ("USOC") Training Centers or other programs and activities of the USOC.

I do not contest the above sanction determined by USADA under the applicable rules, because I have used and admitted to the use of a prohibited substance as set forth above and I have agreed to the Violation. I understand that USADA will communicate my acceptance to the IOC, the IAAF, the USOC and USATF who will impose this sanction. I voluntarily, knowingly, and intelligently waive any and all rights to contest this sanction determined by USADA or to contest this Violation or the consequences of this Violation under the rules of the IAAF or IOC. I also understand and accept that under the USADA Protocol, the Violation and the resulting sanction will be publicly announced.

I further understand and accept that entities other that the IOC, USOC, IAAF and USATF will give effect to this sanction including, but not limited to, the National Collegiate Athletic Association and National Association of Intercollegiate Athletics, if applicable. I understand and accept that it is my obligation to investigate the effect of this sanction on me by other entities.

Also, in accordance with the USADA Protocol and the USOC Anti-Doping Policies, in order to regain eligibility, I must comply with all requirements of the USADA Out of Competition testing program and the requirements of other applicable reinstatement testing rules during the period of my suspension, including the requirement to update USADA with my location information so that I may be tested. I understand that if I fail to comply with these

requirements, additional time will be added to my period of ineligibility pursuant to Article 10.10 of the WADA Code, which is incorporated into the applicable rules noted above. In order to regain eligibility, I accept that I must also comply with the requirements of the IAAF Anti-Doping Regulations, if any.

_____   10-8-07
Signature of Marion Jones             Date

MARION JONES
Printed Name of Marion Jones



**USADA**
U.S. Anti-Doping Agency
Integrity. Health. Sport.

# MARION JONES ACCEPTS SANCTION FOR DOPING VIOLATION; HANDS OVER OLYMPIC MEDALS

**COLORADO SPRINGS, Colo. (October 8, 2007)**
The United States Anti-Doping Agency (USADA) announced today that Marion Jones of Austin, Texas, has accepted a two-year period of ineligibility after admitting to the use of a prohibited substance. Additionally, today Jones voluntarily relinquished to USADA and the United States Olympic Committee her five Olympic medals won at the 2000 Sydney Games.

*Board of Directors*

Ralph W. Hale, MD
Chair

Richard W. Cohen, MD
Vice Chair

Barry Axelrod
Treasurer

Kate Hendrickson Borg, CHMM
Secretary

Evelyn Ashford

Lawrence Brown, Jr. MD, MPH

Jean Fourcroy, MD, PhD, MPH

Andrew Mecca, Dr PH, MPH

Annette Solmeen, DPhil

Jones, 31, admitted to using a substance prohibited under the rules of the International Association of Athletics Federations (IAAF) and USADA, both of which have adopted the World Anti-Doping Code and the World Anti-Doping Agency (WADA) Prohibited List. Jones acknowledged using the prohibited substance known as the 'clear' from September 2000 through July 2001.

On October 5, 2007, in U.S. District Court in White Plains, New York, Jones pleaded guilty to two counts of providing false statements to federal investigators. According to Department of Justice authorities, Jones had falsely denied to federal officials in California that she had taken performance-enhancing drugs and made other false statements during their investigation into the activities of the Bay Area Laboratory Cooperative (BALCO), and to New York federal agents investigating a check fraud/money laundering scheme.

"Those who value clean sport greatly appreciate the efforts of the U.S. Attorney's Offices of the Northern District of California and the Southern District of New York and the BALCO investigators for their steadfast commitment to exposing the full truth of the BALCO doping conspiracy and their willingness to partner with USADA to hold accountable those who cheat their fellow competitors and sports fans by using performance-enhancing drugs," said USADA Chief Executive Officer Travis T. Tygart.

"The outcome of this story is a valuable reminder that true athletic accomplishment is not obtained through cheating and any medal acquired through doping is only fool's gold."

Jones' two-year period of ineligibility began October 8, 2007, the day she accepted the sanction which also requires disqualification of all her competitive results obtained on and subsequent to September 1, 2000, and forfeiture of all medals, results, points and prizes. USA

Track & Field, the national governing body for the sport in the United States, will carry out the sanction.

USADA is responsible for the testing and results management process for athletes in the U.S. Olympic and Paralympic Movement. USADA is equally dedicated to preserving the integrity of sport through research initiatives and educational programs.

**CONTACT:**
Carla O'Connell
Publications & Communications Director
Phone: (719) 785-2009
e-mail: coconnell@usantidoping.org

## RECEIPT

I, _Arnold Thomas_, a duly authorized representative of the United States Anti-Doping Agency (USADA), acknowledge that I have received five medals from the 2000 Olympic Games in Sydney from Marion Jones-Thompson on behalf of USADA.

Signed: _Arnold Thomas_

Date:   October 8, 2007