UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                                  Plaintiff,

- v -                              S6 05 Cr. 1067 (KMK)

MARION JONES-THOMPSON,

                                  Defendant.

## STATEMENT PURSUANT TO SECTION 11 OF THE PROCEDURES FOR ELECTRONIC CASE FILING

Defendant Marion Jones-Thompson was unable to file her Sentencing Memorandum on December 28, 2007 due to a malfunction of the court electronic case filing system in the Southern District of New York.

Dated: December 31, 2007         Respectfully submitted,

                                    /s/ F. Hill Allen
                              F. Hill Allen
                              Tharrington Smith, LLP
                              P. O. Box 1151
                              209 Fayetteville St.
                              Raleigh, North Carolina  27602
                              Phone:     (919) 821-4711
                              Fax:        (919) 829-1583
                              E-mail:hallen@tharringtonsmith.com

                                  /s/ Henry J. DePippo
                              Henry J. DePippo
                              Nixon Peabody, LLP
                              1100 Clinton Square
                              Rochester, New York  14603
                              Phone:     (585) 263-1243
                              Fax:        (866) 947-0838
                              E-mail:hdepippo@nixonpeabody.com

                              *Counsel for Defendant, Marion Jones-Thompson*

10855176.1