UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

MARION JONES-THOMPSON,

Defendant.

S6 05 Cr. 1067 (KMK)

## SENTENCING MEMORANDUM OF MARION JONES-THOMPSON

**THARRINGTON SMITH, LLP**

F. Hill Allen
P. O. Box 1151
209 Fayetteville St.
Raleigh, North Carolina  27602
Phone: (919) 821-4711
Fax: (919) 829-1583
E-mail: hallen@tharringtonsmith.com

**NIXON PEABODY LLP**

Henry J. DePippo
1100 Clinton Square
Rochester, New York  14603
Phone: (585) 263-1243
Fax: (866) 947-0838
E-mail: hdepippo@nixonpeabody.com

*Counsel for Defendant, Marion Jones-Thompson*