# SUPPLEMENT TO EXHIBIT A

# The Thompsons

███████████████  ███ St. Michael Barbados
Tel: ███████████  E-mail: ███████████

10 December 2007

To: **The Honorable Kenneth M. Karas**

Dear Judge Karas,

My name is Vivian Hilda Thompson, and I am blessed and privileged to be the mother-in-law of Marion Jones-Thompson.

I first met Marion in February 2006 when she came to spend a week with our family in Barbados. My first impressions of her were that she was a warm, caring, non-pretentious, and well-mannered young lady. Having her as a house guest was a pleasure. She interacted well and blended comfortably with the family members of all ages, without any fuss or bother.

Soon after she arrived, we asked about her son, ████. Her face lit up as she spoke endearingly of him, and produced photographs for us to see. I was particularly touched that at 7:30 each evening she would ask to contact her son via Webcam to see how he was doing, and let him know she loved and missed him. (When she could not do so, she would let him know.) The deep bond that existed between them as mother and son was very evident as they chatted animatedly together, blowing kisses to each other at the end. ████ constantly wanted to know when his Mummy would be coming back home.

In February this year I had the privilege of visiting Marion at her home in North Carolina for a few days when she married Obadele Thompson, my son. In June of this year my joy was doubled when Marion and Obadele invited me to witness the birth of ████, their son and my delightful grandson, and to enjoy the first five weeks of his precious little life with them.

During those two periods I was able to observe Marion under many and varied circumstances and all my early opinions of her were confirmed. There are many other positive things I can say about Marion, like her thoughtfulness, consideration for others, and the fact that she is a focused young lady who works hard to achieve her goals. High on the list of her attributes that captivated my attention is her very motherly interaction with her children.

Marion's love for her children is demonstrated in spending quality time with them, instilling positive values in them, and guiding them through discipline and encouragement. It is not all about play and

fun. She does not hesitate to let ▮▮▮ know when certain behaviors are 'totally unacceptable', and 'times out' are enforced when necessary. She sees that they eat well. Whenever the children are not well, she observes them very closely and is quick to get medical attention, if needed, and to ensure that they keep all their medical appointments. Marion also enjoys a good working relationship with the teachers and other staff at the Day Care Center ▮▮▮ attends, making herself available to assist the Center when necessary.

After-school activities are also fun – at amusement centers like Chuck-E-Cheese, just having a nature walk around the block or in the park, or playing with friends in the neighborhood. ▮▮▮ has learned quite a lot; she has taught him colors, numbers, phonics, shapes, etc. She has a way of making learning very enjoyable. Bedtimes are especially delightful, with storytelling, songs and family prayers. The family worship regularly at a local church.

Your Honor, I implore you to consider carefully what I have shared of the bond that exists between Marion and her sons. To be separated from each other for any extended period of time would be very traumatic to both, and could seriously impact on the social development and stability of these children. Your Honor, I, as Marion's mother-in-law and grandmother of her children, entreat you to let your judgment be heavily tempered with mercy on her behalf.

Yours respectfully,

*V. Hilda Thompson*
V. Hilda Thompson

**UNC**
COLLEGE OF
ARTS & SCIENCES

THE UNIVERSITY
of NORTH CAROLINA
at CHAPEL HILL

DEPARTMENT OF PHILOSOPHY

CHAPEL HILL, NC ▇▇▇▇   philosophy.unc.edu

December 4, 2007

The Honorable Kenneth M. Karas
United States District Court
New York, New York

Dear Honorable Judge Karas:

This letter is in support of Marion Jones to give you some insight into the person who will appear before you. In an interview by a school newspaper many years ago, I was asked what person I most admired. My response was "Marion Jones." That's the kind of character Marion has and the kind of impact she has on others.

I first met Marion when she was a high school athlete being recruited to play basketball at the University of North Carolina. I serve as the Academic Advisor for the UNC Women's Basketball team, so I met her on her recruiting trip. I was impressed with this articulate teenager who was so focused on pursuing academics and athletics at a school that would not only develop her talents, but a school that would make her work hard to be the best she could be. She was the most humble talented athlete I have ever met in my 22 years of working with athletes at UNC. I was happy when she chose to come to UNC because her presence lit up the team as well as the classroom. She worked hard at everything she did, and she challenged others to work hard with her. She loved practice as she knew that is where she would develop. Beginning her freshman year in 1993, she made an impact on the team, as she made everyone else enthusiastic about coming together at practice to develop to be the best they could be. She was the main reason the UNC team won the 1994 NCAA Championship. With her humility, she made everyone around her better. She encouraged her teammates and was the model team player. She never had an ego, and because everyone knew she had the most talent on the team, it discouraged anyone from displaying any ego. It was amazing how as a first year student she was able bring a disparate and diverse group of women to work together for a common goal. She rekindled "Hoop Phi," the team's own version of a sorority; they were sisters coming together to support one another in good times and in bad.

Preseason training is never fun, but she made it fun for everyone, even at 6 a.m., pushing them to get better and encouraging them at every turn. They all did become better as they wanted to be as good as she was. Marion was so supportive, humble, encouraging, empathetic, respectful and unifying that the team voted her the team's captain as a freshman. This is unheard of, but she had made such a positive impact on the members of the team and the coaching staff that it was a unanimous and obvious choice. This shows just what kind of character Marion has.

Not only did she encourage her teammates, she would take the time to talk with and encourage young girls to develop their talents. She would play with elementary and middle school children, teaching them how to be supportive and helpful to one another. I was always amazed how she interacted with these children; she made everyone of them feel very special. She captured their attention by conversing with them, not talking down to them.

One child who adored her was the head coach's son. He was four years old when Marion joined the team, and it was truly amazing how he was immediately drawn to her. There were 14 other players, but she had something special that Van felt, and you could see this in their interactions. They were family. It was like a big sister/little brother; there was true respect, caring and love. When I saw her years later with her own son, there was that same love, respect, caring, and closeness. Thus, I was not surprised when she talked to me about working with children to help them be who they might be.

She was a tremendous athlete, but she also epitomized the concept of "student-athlete." She worked as hard in her academics as she did in her athletics. She was an excellent student who could have finished all her course work in three years. This is a most difficult task, especially while playing on a very competitive athletic schedule. I remember her coming to me to discuss whether to complete her degree in the three years, but she never wavered in her commitment. She remained for her fourth year to support her teammates, to fulfill the commitment she had made to them. This again shows the character of the Marion Jones that I know.

I hope that my comments give you some insight into the character of this young woman who as a teenager was a wonderful role model to young girls and is now a wonderful mother to her children.

Sincerely,

Jan Boxill, Ph.D.
Senior Lecturer in Philosophy
UNC Women's Basketball Academic Advisor

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2008, I electronically filed the foregoing Supplement to Exhibit A using the CM/ECF system, which sent notification of such filing to the following:

| | |
|---|---|
| E. Danya Perry | danya.perry@usdoj.gov |
| Daniel Walter Levy | daniel.levy@usdoj.gov |

- AND -

I hereby certify that I served a copy of the foregoing Supplement to Exhibit A on:

Matthew A. Parrella, Esq.
U.S. Attorney's Office, NDCa
150 Almaden Blvd., Suite 900
San Jose, California 95113

by then and there placing a true copy of the same, properly addressed, with the appropriate postage affixed, in the custody of Federal Express for overnight delivery.

/s/ Henry J. DePippo
Henry J. DePippo